**Abatement Order filed September 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00171-CR
_____

### KYON ARSHAWNTO MITCHELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DCR-072012C**

---

## ABATEMENT ORDER

Appellant is represented by appointed counsel on appeal, Jessica Jaramillo-Moreno. On August 28, 2018, counsel filed a motion to withdraw as appellate counsel due to a conflict of interest. Accordingly, we enter the following order.

We ORDER the judge of the 400th District Court to consider counsel's request to withdraw. If current counsel is permitted to withdraw, the judge shall appoint new appellate counsel for appellant. The judge shall see that a record of any

hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders permitting counsel to withdraw and appointing new counsel. Those records shall be filed with the clerk of this court within **30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court.

PER CURIAM